RECEIVED

JAN 2 4 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL DAVIS,<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-1347-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| CHAPLAIN SHIELDS, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Davis's Bivens claim for monetary damages against the BOP and Chaplain Shields in his official capacity be **DENIED and DISMISSED with prejudice. IT IS ORDERED** that, to the extent Davis seeks injunctive relief under Bivens, the claim is **DENIED and DISMISSED with prejudice.** Service of process of Davis's Bivens claim for damages against Chaplain Shields in his individual capacity and Davis's claim for injunctive relief under RFRA has been ordered. (Doc. 11).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of January, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE