UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL DAVIS, Petitioner | CIVIL ACTION NO. 1:17-CV-1347-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| BUREAU OF PRISONS, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a Complaint (Doc. 1) filed by pro se Plaintiff Carl Davis pursuant to Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics[1] and the Religious Freedom Restoration Act ("RFRA").  An Order was mailed to Davis, but it was returned to the Clerk as undeliverable on October 26, 2018.  (Docs. 23, 24).

Rule 41.3 of the Local Rules for the Western District of Louisiana provides:

> The failure of an attorney or pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

More than 30 days have passed since the documents were returned to the Court, and no correction has been made to Davis's address. Therefore, Davis's complaint is subject to dismissal.

---

[1] In Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), the Supreme Court recognized that certain circumstances may give rise to a private cause of action against federal officials that is comparable to the statutory cause of action permitted against state officials by 42 U.S.C. § 1983.

For the foregoing reasons, IT IS RECOMMENDED that Davis's complaint be DISMISSED WITHOUT PREJUDICE pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 14th day of December, 2018.

Joseph H.L. Perez-Montes
United States Magistrate Judge