RECEIVED
FEB 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL DAVIS | CASE NO. 17-CV-1347 |
| -vs- | JUDGE DRELL |
| BUREAU OF PRISONS | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, noting the absence of objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's claims are DENIED and DISMISSED without prejudice under LR 41.3, based upon our finding that Plaintiff failed to prosecute his claim in this matter.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 12th day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE